## CITY OF HOMINY v. CORPORATION COMMISSION et al.

No. 20905. Opinion Filed April 26, 1930.

## CITY OF WYNONA v. CORPORATION COMMISSION et al.

No. 21059. Opinion Filed April 26, 1930.

Leander Hall, for plaintiff in error.

PER CURIAM. The Consolidated Gas Utilities Company was holder of a franchise granting authority to operate a public utility business in the city of Hominy, Osage county, Okla., and furnish natural gas to the citizens thereof for commercial and domestic use. It submitted its declaration and agreement to the Corporation Commission whereby it surrendered its said franchise in exchange for a revocable permit as provided in chapter 102, Session Laws 1925, known as House Bill No. 4. Over the protest of the city of Hominy, the Corporation Commission on May 21, 1929, granted the revocable permit under the provisions of the act of the Legislature above cited. From this action of the Corporation Commission, the city of Hominy has appealed to this court.

The only question presented by this ap-

Leander Hall, for plaintiff in error.

PER CURIAM. The Oklahoma Power & Water Company was a holder of a franchise granting authority to operate a public utility business in the city of Wynona, Osage county, Okla., and furnish electricity to the citizens thereof for commercial and domestic use. It submitted its declaration and agreement to the Corporation Commission whereby it surrendered its said franchise in exchange for a revocable permit as provided in chapter 102, Session Laws 1925, known as House Bill No. 4. Over the protest of the city of Wynona the Corporation Commission on July 22, 1929, granted the revocable permit under the provisions of the act of the Legislature above cited. From this action of the Corporation Commission, the city of Wynona has appealed to this court.

The only question presented by this ap-